# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**SHANNON BARKLEY**                                                                 **PLAINTIFF**

**V.**            **CASE NO. 4:17-CV-521-BD**

**BRETT CARPENTER, et al.**                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 5th day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE